UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO.: 1:10-CR-61-TLS |
| | ) | |
| JORGE ROSAS | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 104] filed on June 24, 2011. The Defendant has waived objection to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 104] in its entirety and accepts the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(3), the plea of guilty to the offense charged in Count 1 of the Superseding Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

The Defendant shall appear for sentencing on Monday, October 24, 2011, at 10:00 AM before Judge Theresa L. Springmann. A telephone status conference is SET for Monday, October 17, 2011, at 10:00 AM to address in potential sentencing issues. The Court will initiate the call. Any request for a sentence involving a departure under the United States Sentencing Guidelines, or for a variance above or below a Guidelines sentence pursuant to 18 U.S.C. § 3553(a), with the exception of matters raised pursuant to §5K1.1 of the Guidelines, shall be communicated to the probation officer and opposing counsel, in writing, within fourteen (14) days following initial disclosure of the presentence report. Any sentencing memorandum addressing these or any other issues, including requests for a departure based on § 5K1.1, shall be filed with the Court no later than seven (7) days prior to the sentencing hearing.

SO ORDERED on July 15, 2011.

                                                  s/ Theresa L. Springmann
                                                  THERESA L. SPRINGMANN
                                                  UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CAUSE: 1:09-CR-61-TLS |
| | ) | |
| JORGE ROSAS | ) | |

## NOTICE OF SENTENCING
## PRESENTENCE SCHEDULING NOTICE

The Defendant named above in this matter is hereby scheduled for sentencing on October 24, 2011, at 10:00 AM Fort Wayne time before Judge Theresa L. Springmann. The attention of the parties is directed to the Presentence Scheduling Notice below.

This case is further set for a telephone status conference regarding sentencing issues set for October 17, 2011, at 10:00 AM Fort Wayne time before Judge Theresa L. Springmann. The Court will initiate the call.

| | |
|---|---:|
| Date of Referral to Probation Officer: | July 15, 2011 |
| | (Date of Plea or Verdict) |
| | |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | September 19, 2011 |
| | (35 Days Before Sentencing) |
| | |
| Counsel's Written Objections or Acknowledgment of No Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than **14 Days After Disclosure**. | |
| | |
| The Presentence Report Shall be Submitted to the Court and Disclosed to Counsel no Later Than: | October 14, 2011 |
| | (10 Days Before Sentencing) |
| | |
| Judgment and Sentencing Date: | October 24, 2011 |
| | (At Least 70 Days After Plea or Verdict) |